IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SU CHANG, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO.:_____ |
| § | |
| UNITED PROPERTY & CASUALTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## DEFENDANT UNITED PROPERTY & CASUALTY INSURANCE COMPANY'S NOTICE OF REMOVAL

Defendant United Property & Casualty Insurance Company ("UPC") files this Notice of Removal:

### I.   Background

1. On March 7, 2016, Plaintiff Su Chang ("Plaintiff") filed this lawsuit in Harris County, Texas, naming UPC as a Defendant.

2. Plaintiff served UPC with a copy of the Petition on March 14, 2016.

3. Defendant files this notice of removal within 30 days of receiving Plaintiff's initial pleading. *See* 28 U.S.C. §1446(b). In addition, this Notice of Removal is being filed within one year of the commencement of this action. *See id.*

4. As required by Local Rule 81 and 28 U.S.C. §1446(a), simultaneously with the filing of this notice of removal, attached hereto as Exhibit "A" is an Index of Matters Being Filed. A copy of the Docket Sheet is attached as Exhibit "B." A copy of Plaintiff's Original Petition is attached as Exhibit "C." A copy of the Civil Case Information Sheet is attached as Exhibit "D." A copy of letter requesting issuance of citations is attached as Exhibit "E." A copy of the Citation issued to United Property & Casualty Insurance Company is attached hereto as

Exhibit "F."  A copy of the certified mail stamp to UPC is attached as Exhibit "G." A copy of the Return of Service for United Property & Casualty Insurance Company is attached as Exhibit "H" and Defendant United Property & Casualty Insurance Company's Original Answer is attached as Exhibit "I." Finally, the list of Counsel and Parties to the Case is attached as Exhibit "J."  A copy of this Notice is also being filed with the state court and served upon the Plaintiff.

5. Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace Harris County, Texas, the place where the removed action has been pending.

## II. Basis for Removal

6. Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a) and 1446. This is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

### A. The Proper Parties Are Of Diverse Citizenship.

7. Plaintiff is, and was at the time the lawsuit was filed, a resident and citizen of Texas.

8. UPC was at the time this action was commenced, and still is, a foreign (Florida) property and casualty insurance company authorized to do business in the State of Texas. UPC is organized under Chapter 982 of the Texas Insurance Code.

9. Because Plaintiff is a citizen of Texas and Defendant UPC is a citizen of Florida, complete diversity of citizenship exists among the proper parties.

### B. The Amount in Controversy Exceeds $75,000.00.

10. This is a civil action in which the amount in controversy exceeds $75,000.00. Plaintiff's Petition expressly alleges that "Plaintiffs seek monetary relief no less than $100,000.00, but no more than $200,000.00."  *See* Exhibit C ¶ 60.

### III. Conclusion and Prayer

11. Accordingly, all requirements are met for removal under 28 U.S.C. §§ 1332 and 1441. Defendant United Property & Casualty Insurance Company hereby removes this case to this Court for trial and determination.

Respectfully submitted,

/s/ Rhonda J. Thompson
**RHONDA J. THOMPSON, ATTORNEY-IN-CHARGE**
rthompson@thompsoncoe.com
State Bar No. 24029862
Southern District No.: 17055
**SHANNON BECK**
sbeck@thompsoncoe.com
State Bar No. 24092102
Southern District No.: 2715159

**THOMPSON, COE, COUSINS & IRONS, LLP.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8200 - Telephone
(214) 871-8209 – Fax

-and-

**CHRISTOPHER H. AVERY**
cavery@thompsoncoe.com
State Bar No.: 24069321
Southern District No.: 1048591

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
One Riverway, Suite 1400
Houston, Texas 77056-1988
(713) 403-8203  Telephone
(713) 403-8299  Facsimile

**COUNSEL FOR DEFENDANT**
**UNITED PROPERTY & CASUALTY**
**INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 8th day of April, 2016, the foregoing pleading was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Chad T. Wilson
Christian E. Hawkins
Chad T. Wilson Law Firm PLLC
1322 Space Park Drive, Suite A155
Houston, TX  77058
Fax:  (281) 940-2137
CWilson@cwilsonlaw.com
CHawkins@cwilsonlaw.com
*Counsel for Plaintiff*

/s/ Rhonda J. Thompson
Rhonda J. Thompson