IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SU CHANG, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO.: 4:16-CV-00958 |
| § | |
| UNITED PROPERTY & CASUALTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Su Chang and Defendant United Property & Casualty Insurance Company, hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 7th day of ~~November~~ December, 2016.

CHAD T. WILSON LAW FIRM PLLC

/s/ *[signature]*
Chad T. Wilson
State Bar No. 24079587
Southern District Bar No. 2246983
Christian E. Hawkins
State Bar No. 24092499
Southern District Bar No. 2755190

1322 Space Park Drive, Ste. A155
Houston, Texas 77058
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
E-mail: cwilson@cwilsonlaw.com
E-mail: chawkins@cwilsonlaw.com
**ATTORNEYS FOR PLAINTIFF**

And

**THOMPSON, COE, COUSINS & IRONS, LLP**

/s/ Rhonda J. Thompson
Rhonda J. Thompson
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
Shannon Beck
State Bar No. 24092102
Southern District No. 2715159

700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: sbeck@thompsoncoe.com
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on December 7, 2016, a true and correct copy of the foregoing was delivered to the following counsel for Plaintiffs by electronic service and facsimile transmission:

Chad T. Wilson
Christian E. Hawkins
Chad T. Wilson Law Firm PLLC
1322 Space Park Drive, Suite A155
Houston, TX 77058
Fax: (281) 940-2137
CWilson@cwilsonlaw.com
chawkins@cwilsonlaw.com
*Counsel for Plaintiff*

/s/ Rhonda J. Thompson
Rhonda J. Thompson