United States District Court
Southern District of Texas
**ENTERED**
December 09, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SU CHANG, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO.: 4:16-CV-00958 |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY, | § |
| Defendant. | § |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Su Chang and Defendant United Property & Casualty Insurance Company's Joint Stipulation of Dismissal With Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant United Property & Casualty Insurance Company are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

12/8/16

_____
UNITED STATES DISTRICT JUDGE